UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-172-GWU

DIANE SNODGRASS,                                                                 PLAINTIFF,

VS.                                                **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                   DEFENDANT.

* * * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)     the Plaintiff's Motion for Summary Judgment is GRANTED only in so far as it seeks a determination that the Commissioner's decision is not fully supported by substantial evidence;

(2)     the Defendant's Motion for Summary Judgment is DENIED only in so far as it seeks a determination that the Commissioner's decision was fully supported by substantial evidence;

(3)     all other pending motions, if any, are MOOT; and

(4)     the administrative decision will accordingly be REVERSED and REMANDED for further administrative consideration by separate Judgment entered this same date.

This the 21st day of May, 2008.



Signed By:

_G. Wix Unthank_

**United States Senior Judge**