UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-172-GWU

DIANE SNODGRASS, PLAINTIFF,

VS. **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

* * * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1) the administrative decision is REVERSED and REMANDED for further consideration pursuant to Sentence Four of 42 U.S.C. Section 405(g); and

(2) the above-styled action is STRICKEN from this Court's active docket.

This the 21st day of May, 2008.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**